1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11   WARREN C. GREEN,                        1:14-cv-01943-DLB (PC)

12              Plaintiff,

13        v.                                 ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
14   CDCR, et al.,                           EASTERN DISTRICT OF CALIFORNIA

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.

20        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

21   violations took place in San Joaquin County, which is part of the Sacramento Division of the

22   United States District Court for the Eastern District of California. Therefore, the complaint should

23   have been filed in the Sacramento Division.

24        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26   will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to

27   proceed in forma pauperis.

28

                                             1

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **December 8, 2014**                          /s/ Dennis L. Beck

                                        UNITED STATES MAGISTRATE JUDGE

2